DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEDFORCE MOBILE, INC.,**
Appellant,

v.

**MTE FITNESS, LLC,**
Appellee.

No. 4D2024-2288

[October 16, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502024CC002514XXXAMB.

Evan W. Turk, West Palm Beach, for appellant.

Scott J. Lee of SJW Law Group, PLLC, Wellington, and Michele K. Feinzig of Michele K. Feinzig, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***